IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THERESA M. ZEIGLER, Individually;<br>THERESA M. ZEIGLER, as mother and<br>next friend of MADISEN ZEIGLER,<br><br>Plaintiffs.<br><br>v.<br><br>FISHER-PRICE, INC.<br><br>Defendant. | Case No. C01-3089PAZ |

# TABLE OF CONTENTS

## MOTION IN LIMINE EXHIBITS

| | EXHIBIT |
|---|---|
| Plaintiffs' Expert Witness Disclosure of Eric Jackson (Cause) .................. | A |
| Jackson Deposition 1, May 14, 2003............................................... | B |
| Jackson Deposition 2, May 19, 2003, a.m. ....................................... | C |
| Jackson Deposition 3, May 19, 2003, p.m......................................... | D |
| Plaintiffs' Expert Witness Disclosure of Bruce Wandell (Origin)............... | E |
| Wandell Deposition, May 13, 2003................................................ | F |
| Defendants' Expert Witness Disclosure of James Finneran (Cause and Origin). | G |
| Finneran Deposition May 19, 2003................................................ | H |
| NFPA 921, Ch.2, 8 (partial), 11 and 12............................................ | I |
| Plaintiffs' Responses to Defendant's Interrogatories............................ | J |

85967